# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

---

JOHN T. COYNE
Direct Dial: (973) 425-8740
jcoyne@mdmc-law.com

October 1, 2025

**<u>Via ECF</u>**
Hon. Evelyn Padin, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:    Jane Doe (S.B.C.), an individual v. Wyndham Hotels & Resorts, Inc., Ramada Franchise System, Inc., and Swiss Hotels 786, LLC**
> **Civil Action No. 2:24-cv-11512**

Dear Judge Padin:

I write on behalf of JC Inn, Inc. and apologize for not submitting a previous position statement. I interpreted Your Honor's September 9, 2025 Text Order as requiring a submission only by those parties who oppose sua sponte transfer to the Western District of Washington. JC Inn does not oppose transfer. Our position remains that the District of New Jersey lacks personal jurisdiction over JC Inn. If the matter is not transferred, we will request the Court's permission to seek dismissal via Rule 12(b)(6) motion.

Thank you.

Respectfully,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*s/John T. Coyne*

John T. Coyne

JTC:rc
cc:   All Counsel via ECF

McElroy, Deutsch, Mulvaney & Carpenter, LLP

COLORADO   · CONNECTICUT   · DELAWARE   · FLORIDA   · MASSACHUSETTS   · NEW JERSEY   · NEW YORK   · PENNSYLVANIA   · RHODE ISLAND

#13593089v1<MDMDOCS>